1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    2:09-CV-00301-WBS-KJM
                                     )
12           Plaintiff,              )    **APPLICATION AND ORDER FOR**
                                     )    **PUBLICATION**
13       v.                          )
                                     )
14  APPROXIMATELY $282,247.00 IN     )
    U.S. CURRENCY,                   )
15                                   )
             Defendant.              )
16  _____ )

17       The United States of America, Plaintiff herein, applies for

18  an order of publication as follows:

19       1.   Rule G(4) of the Supplemental Rules for Admiralty or

20  Maritime Claims and Asset Forfeiture Actions (hereafter

21  "Supplemental Rules") provides that the Plaintiff shall cause

22  public notice of the action and arrest to be given in a newspaper

23  of general circulation or on an official internet government

24  forfeiture site;

25       2.   Local Rule 83-171, Eastern District of California,

26  provides that the Court shall designate by order the appropriate

27  newspaper or other vehicle for publication;

28       3.   The defendant approximately $282,247.00 in U.S.

1

1 Currency (hereafter the "defendant currency") was seized in the

2 city of Sacramento, in Sacramento County, California.  The Drug

3 Enforcement Agency published notice of the nonjudicial forfeiture

4 of the defendant currency on November 3, 10, and 17, 2008, in the

5 Wall Street Journal.

6        4.    Plaintiff proposes that publication be made as follows:

7             a.    One publication;

8             b.    Thirty (30) consecutive days;

9             c.    On the official internet government forfeiture

10 site www.forfeiture.gov;

11             d.    The publication is to include the following:

12                  (1)   The Court and case number of the action;

13                  (2)   The date of the arrest/seizure;

14                  (3)   The identity and/or description of the

15 property arrested/seized;

16                  (4)   The name and address of the attorney for the

17 Plaintiff;

18                  (5)   A statement that claims of persons entitled

19 to possession or claiming an interest pursuant to Supplemental

20 Rule G(5) must be filed with the Court and served on the attorney

21 for the Plaintiff no later than 60 days after the first day of

22 publication on the official internet government forfeiture site;

23 and

24                  (6)   A statement that answers to the Complaint or

25 a motion under Rule 12 of the Federal Rules of Civil Procedure

26 ("Fed. R. Civ. P.") must be filed and served within 20 days after

27 ///

28 ///

1  the filing of the claims and, in the absence thereof, default may

2  be entered and condemnation ordered;

3  Dated: _Feb. 3, 2009_           LAWRENCE G. BROWN
                                    Acting United States Attorney
4

5

6                                   /s/Kristin S. Door
                                    KRISTIN S. DOOR
7                                   Assistant United States Attorney

8

9
                                    **ORDER**
10
        IT IS SO ORDERED.
11
    Dated: February 5, 2009.
12

13

14  _____
    U.S. MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3