```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-00301-WBS-KJM |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| APPROXIMATELY $282,247.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the Honorable Judge Kimberly J. Mueller on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

    1.   This action arose out of a Verified Complaint for Forfeiture In Rem filed February 3, 2009.

    2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Minh Vinh Le,

Fang Cai Li, and Tu Chan Li.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Minh Vinh Le, Fang Cai Li, and Tu Chan Li received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Minh Vinh Le, Fang Cai Li, and Tu Chan Li be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimants Minh Vinh Le, Fang Cai Li, and Tu Chan Li in the defendant currency;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the District Judge assigned to this case and filed by the Clerk of the Court.

Dated: June 17, 2009.

_____
U.S. MAGISTRATE JUDGE